Exhibit 1A


**ATLANTIC FOREST**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

**INVOICE**

**10043421-001**

Invoice Date: 09/14/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10043421-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Kkormann    Page 1 of 1

| PO#: 123848 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 09/09/10 | SALES: RJohnson | | ORDER TYPE: Whse | SHIP VIA: Atlantic N | | FRT TERM: Delivered |
| SHIP DATE: 09/14/10 | AGENTS: North North | | ORDERED BY: Chris | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 3188 | 3188 | LF | HRZI5406GV  5/4 x 6 IPE Horizon Fiberon - Grooved | 3188/LF | 2.38/LF | 7,587.44 |
| | | (PC) | 99/12' | | | 2827.44 |
| | | | 100/20' | | | 4760.00 |
| 160 | 160 | LF | HRZI5406  5/4 x 6 IPE Horizon Fiberon | 160/LF | 2.38/LF | 380.80 |
| | | (PC) | 8/20' | | | 380.80 |
| | | | ****** SUB-TOTAL ****** | | | 7,968.24 |

**TERMS:**                    Office Copy
1% 30 days ADI/ADF Net 45 days  Due Date: 10/29/10
You may deduct $55.78 if paid by 10/14/10 (ADF $2,390.47)

Balance    $7,968.24



**ATLANTIC FOREST**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

Exhibit 1B

**INVOICE**

**10043480-005**

Invoice Date: 09/17/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10043480-005

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

| PO#: 123823 | | REF#: | | | CREATED BY: Dconnolly | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 09/10/10 | SALES RJohnson | ORDER TYPE: Whse | | JOB#: | | | |
| SHIP DATE: 09/15/10 | AGENTS North North | ORDERED BY: Jack | | SHIP VIA: Atlantic N AUTH CHG: | | FRT TERM: Delivered | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 18816 | 18816 | BF (UNIT) | TS2410458CON 2x4-104 5/8" Dry SPF Stud Grade 8/392 09' | | 18.816/MBF | 315.00/MBF | 5,927.04 |
| | | | | | | | 5927.04 |
| 6272 | 6272 | BF (UNIT) | TS249258CON 2x4-92 5/8" Dry SPF Stud Grade 3/392 08' | | 6.272/MBF | 315.00/MBF | 1,975.68 |
| | | | | | | | 1975.68 |
| 2091 | 2091 | BF (UNIT) | SPR2493 2x4-93" Dry SPR Stud Grade 1/392 08' | | 2.0907/MBF | 315.00/MBF | 658.56 |
| | | | | | | | 658.56 |
| 30 | 30 | BAG | FIBFASBAG CLIP/SCREW Fiberon Fastener Bags 90 Count/50 sq ft Screw/Driver Bits | | 30/BAG | 35.89/BAG | 1,076.70 |
| | | | ****** SUB-TOTAL ****** | | | | 9,637.98 |

**TERMS:**                                Office Copy
1% 30 days ADI/ADF Net 45 days  Due Date: 11/01/10
You may deduct $67.47 if paid by 10/17/10 (ADF $2,891.39)

Balance   $9,637.98



**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1C

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

**INVOICE**

**10044118-001**

Invoice Date: 09/24/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10044118-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Dconnolly   Page 1 of 1

| PO#: 123923 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 09/23/10 | SALES: RJohnson | | ORDER TYPE: Whse | | SHIP VIA: Nelson | | FRT TERM: Delivered |
| SHIP DATE: 09/23/10 | AGENTS: North North | | ORDERED BY: Jack | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 6272 | 6272 | BF (UNIT) | SPR249258<br>2x4-92 5/8" Dry SPR Stud Grade<br>4/294 08' | 6.272/MBF | 305.00/MBF | 1,912.96<br><br>1912.96 |
| 14112 | 14112 | BF (UNIT) | TS2410458CON<br>2x4-104 5/8" Dry SPF Stud Grade<br>6/392 09' | 14.112/MBF | 305.00/MBF | 4,304.16<br><br>4304.16 |
| 7056 | 7056 | BF (UNIT) | TS2410458<br>2x4-104 5/8" Dry SPR Stud Grade<br>3/392 09' | 7.056/MBF | 305.00/MBF | 2,152.08<br><br>2152.08 |
| | | | ****** SUB-TOTAL ****** | | | 8,369.20 |

Office Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days  Due Date: 11/08/10
You may deduct $58.58 if paid by 10/24/10(ADF $2,510.76)

Balance   $8,369.20



**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1D

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10044601-001**

Invoice Date: 10/08/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10044601-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Dconnolly   Page 1 of 1

| PO#: 124052 | REF#: | | | JOB#: | | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 10/08/10 | SALES: RJohnson | | ORDER TYPE: Whse | | SHIP VIA: Nelson | FRT TERM: Delivered | |
| SHIP DATE: 10/07/10 | AGENTS: North North | | ORDERED BY: Jack | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1568 | 1568 | BF (UNIT) | SPR249258 2x4-92 5/8" Dry SPR Stud Grade 1/294 08' | | 1,568/MBF | 305.00/MBF | 478.24 |
| | | | | | | | 478.24 |
| 6272 | 6272 | BF (UNIT) | TS249258CON 2x4-92 5/8" Dry SPF Stud Grade 3/392 08' | | 6.272/MBF | 305.00/MBF | 1,912.96 |
| | | | | | | | 1912.96 |
| 15876 | 15876 | BF (UNIT) | SPR2410458 2x4-104 5/8" Dry SPR Stud Grade 9/294 09' | | 15.876/MBF | 305.00/MBF | 4,842.18 |
| | | | | | | | 4842.18 |
| 3780 | 3780 | BF (UNIT) | SPR26120#2 2x6-120" Dry SPR #2&Btr 2/189 10' | | 3.78/MBF | 359.00/MBF | 1,357.02 |
| | | | | | | | 1357.02 |
| | | | ****** SUB-TOTAL ****** | | | | 8,590.40 |

**TERMS:**
1% 30 days ADI/ADF Net 45 days  Due Date: 11/22/10
You may deduct $60.13 if paid by 11/07/10(ADF $2,577.12)

Office Copy

Balance   $8,590.40



**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1E

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10044778-001**

Invoice Date: 10/13/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10044778-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

| PO#: 124087 | REF#: | | | CREATED BY: Kkormann | | | Page 1 of 1 |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 10/11/10 | SALES: RJohnson | | ORDER TYPE: Whse | JOB#: | | | |
| SHIP DATE: 10/13/10 | AGENTS: North North | | ORDERED BY: Jack | SHIP VIA: Nelson | | FRT TERM: Delivered | |
| | | | | AUTH CHG: | | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 896 | 896 | LF | PRC5406GV 5/4 x 6 CEDAR ProSeries Fiberon - GROOVED | | 896/LF | 2.03/LF | 1,818.88 |
| | | (PC) | 56/16' | | | | 1818.88 |
| 1120 | 1120 | LF | PRB5406GV 5/4 x 6 BROWN ProSeries Fiberon - GROOVED | | 1120/LF | 2.03/LF | 2,273.60 |
| | | (PC) | 56/20' | | | | 2273.60 |
| 8 | 8 | BOX | TC-BDECKSCREWS 2-3/4" TC-BROWN HIGH PERF DECK SCREWS 275 P/BOX | | 8/BOX | 21.00/BOX | 168.00 |
| | | | ****** SUB-TOTAL ****** | | | | 4,260.48 |

Office Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days Due Date: 11/27/10
You may deduct $29.82 if paid by 11/12/10(ADF $1,278.14)

Balance   $4,260.48



# ATLANTIC FOREST

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1F

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

## INVOICE

**10045057-001**

Invoice Date: 10/20/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10045057-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Kkormann    Page 1 of 1

| PO#: 1055652 | REF#: | | JOB#: | | |
|---|---|---|---|---|---|
| ORDER DATE: 10/18/10 SALES: RJohnson | | ORDER TYPE: Whse | SHIP VIA: Nelson | | FRT TERM: Delivered |
| SHIP DATE: 10/19/10 AGENTS: North North | | ORDERED BY: Chris | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 712 | 712 | LF | HRZI5406GV | 712/LF | 2.38/LF | 1,694.56 |
|  |  |  | 5/4 x 6 IPE Horizon Fiberon - Grooved |  |  |  |
|  |  | (PC) | 37/16' |  |  | 1408.96 |
|  |  |  | 6/20' |  |  | 285.60 |
|  |  |  | ****** SUB-TOTAL ****** |  |  | 1,694.56 |

**TERMS:**                         Office Copy
1% 30 days ADI/ADF Net 45 days  Due Date: 12/04/10
You may deduct $11.86 if paid by 11/19/10(ADF $508.37)

Balance    $1,694.56



**ATLANTIC FOREST**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1G

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10045083-001**

Invoice Date: 10/20/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10045083-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Kkormann     Page 1 of 1

| PO#: 124130 | REF#: | JOB#: | | | |
|---|---|---|---|---|---|
| ORDER DATE: 10/19/10 SALES RJohnson | | ORDER TYPE: Whse | SHIP VIA: Nelson | FRT TERM: Delivered | |
| SHIP DATE: 10/19/10 AGENTS North North | | ORDERED BY: Jack | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 8 | BOX | TC-GDECKSCREWS<br>2-3/4" TC-GRAY HIGH PERF DECK SCREWS 275 P/BOX | 8/BOX | 21.00/BOX | 168.00 |
| 30 | 30 | BAG | FIBFASBAG<br>CLIP/SCREW Fiberon Fastener Bags<br>90 Count/50 sq ft Screw/Driver Bits | 30/BAG | 35.89/BAG | 1,076.70 |
| | | | ****** SUB-TOTAL ****** | | | 1,244.70 |

Office Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days  Due Date: 12/04/10
You may deduct $8.71 if paid by 11/19/10(ADF $373.41)

Balance  $1,244.70



**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1H

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

**INVOICE**

**10045084-001**

Invoice Date: 10/20/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10045084-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Dconnolly   Page 1 of 1

| PO#: 124130 | REF#: | | JOB#: | | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 10/19/10 | SALES: RJohnson | | ORDER TYPE: Whse | SHIP VIA: Nelson | FRT TERM: Delivered | |
| SHIP DATE: 10/19/10 | AGENTS: North North | | ORDERED BY: Jack | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 6272 | 6272 | BF (UNIT) | TS249258CON<br>2x4-92 5/8" Dry SPF Stud Grade<br>3/392 08' | 6.272/MBF | 310.00/MBF | 1,944.32<br><br>1944.32 |
| 19404 | 19404 | BF (UNIT) | SPR2410458<br>2x4-104 5/8" Dry SPR Stud Grade<br>11/294 09' | 19.404/MBF | 315.00/MBF | 6,112.26<br><br>6112.26 |
| | | | ****** SUB-TOTAL ****** | | | 8,056.58 |

**TERMS:**     Office Copy
1% 30 days ADI/ADF Net 45 days  Due Date: 12/04/10
You may deduct $56.40 if paid by 11/19/10(ADF $2,416.97)

Balance   $8,056.58



# ATLANTIC FOREST

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

Exhibit 1I

## INVOICE

**10045737-001**

Invoice Date: 11/08/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10045737-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

PO#: 124237 REF#: JOB#: CREATED BY: Kkormann Page 1 of 1
ORDER DATE: 11/03/10 SALES: RJohnson ORDER TYPE: Whse SHIP VIA: Nelson FRT TERM: Delivered
SHIP DATE: 11/08/10 AGENTS: North North ORDERED BY: Jack AUTH CHG:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 8363 | 8363 | BF (UNIT) | TS249258<br>2x4-92 5/8" Dry SPR Stud Grade<br>4/392 08' | 8.3627/MBF | 315.00/MBF | 2,634.24<br><br>2634.24 |
| 18144 | 18144 | BF (UNIT) | ES2410458<br>2x4-104 5/8" Dry SPF Stud Grade<br>8/378 09' | 18.144/MBF | 315.00/MBF | 5,715.36<br><br>5715.36 |
| | | | ****** SUB-TOTAL ****** | | | 8,349.60 |

Driver Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days  Due Date: 12/23/10
You may deduct $58.45 if paid by 12/08/10(ADF $2,504.88)

Balance  $8,349.60



**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1J

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10046373-001**

Invoice Date: 11/24/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10046373-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

PO#: 124327  REF#:  CREATED BY: Kkormann  JOB#:  Page 1 of 1
ORDER DATE: 11/17/10  SALES: RJohnson  ORDER TYPE: Whse  SHIP VIA: Atlantic N  FRT TERM: Delivered
SHIP DATE: 11/23/10  AGENTS: North  ORDERED BY: Jack  AUTH CHG:
  North

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 18816 | 18816 | BF (UNIT) | TS249258<br>2x4-92 5/8" Dry SPR Stud Grade<br>9/392 08' | 18.816/MBF | 319.00/MBF | 6,002.30<br><br>6002.30 |
| 9072 | 9072 | BF (UNIT) | ES2410458<br>2x4-104 5/8" Dry SPF Stud Grade<br>4/378 09' | 9.072/MBF | 335.00/MBF | 3,039.12<br><br>3039.12 |
|  |  |  | ****** SUB-TOTAL ****** |  |  | 9,041.42 |

Driver Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days   Due Date: 01/08/11
You may deduct $63.29 if paid by 12/24/10(ADF $2,712.43)

Balance   $9,041.42


**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1K

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10046798-001**

Invoice Date: 12/03/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10046798-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Kkormann   Page 1 of 1

| PO#: 124420 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 12/01/10 | SALES RJohnson | | ORDER TYPE: Whse | | SHIP VIA: Nelson | FRT TERM: Delivered | |
| SHIP DATE: 12/02/10 | AGENTS North North | | ORDERED BY: Jack | | AUTH CHG: | | |
| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| 14635 | 14635 | BF (UNIT) | TS249258 2x4-92 5/8" Dry SPR Stud Grade 7/392 08' | | 14.6347/MBF | 309.00/MBF | 4,522.11 |
| | | | | | | | 4522.11 |
| 13608 | 13608 | BF (UNIT) | ES2410458 2x4-104 5/8" Dry SPF Stud Grade 6/378 09' | | 13.608/MBF | 345.00/MBF | 4,694.76 |
| | | | | | | | 4694.76 |
| | | | ****** SUB-TOTAL ****** | | | | 9,216.87 |

Driver Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days  Due Date: 01/17/11
You may deduct $64.52 if paid by 01/02/11(ADF $2,765.06)

Balance  $9,216.87



**ATLANTIC FOREST**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1L

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10046884-001**

Invoice Date: 12/06/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10046884-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Dconnolly          Page 1 of 1

| PO#: 124448 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 12/03/10 | SALES: RJohnson | | ORDER TYPE: Whse | SHIP VIA: Cust. Truck | FRT TERM: CPU | |
| SHIP DATE: 12/03/10 | AGENTS North North | | ORDERED BY: Tyson | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 5880 | 5880 | BF | SPR24120 | 5.88/MBF | 325.00/MBF | 1,911.00 |
| | | | 2x4-120" Dry SPR Stud Grade | | | |
| | | (UNIT) | 3/294 10' | | | 1911.00 |
| 7840 | 7840 | BF | SPR204 | 7.84/MBF | | 820.85 |
| | | | 2x4 Dry SPR #2&Btr | | | |
| | | (UNIT) | 1/294 12' | 2.352/MBF | 349.00/MBF | 820.85 |
| | | | 2/294 14' | 5.488/MBF | 355.00/MBF | 1948.24 |
| 7056 | 7056 | BF | WSPF204 | 7.056/MBF | 375.00/MBF | 2,646.00 |
| | | | 2x4 Dry SPF #2&Btr | | | |
| | | (UNIT) | 2/294 18' | | | 2646.00 |
| 6272 | 6272 | BF | TSPF204#2PREMCON | 6.272/MBF | 405.00/MBF | 2,540.16 |
| | | | 2x4 Dry SPF #2&Btr - "Premium" | | | |
| | | (UNIT) | 2/294 16' | | | 2540.16 |
| | | | ****** SUB-TOTAL ****** | | | 9,866.25 |

**TERMS:**                                    Driver Copy
1% 30 days ADI/ADF Net 45 days  Due Date: 01/20/11
You may deduct $69.06 if paid by 01/05/11(ADF $2,959.88)

Balance    **$9,866.25**



**Atlantic Forest**

240 W. Dickman Street
Baltimore, MD 21230-
USA Phone: (410)-752-8092

Exhibit 1M

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

# INVOICE

**10046887-001**

Invoice Date: 12/06/10
Account#: 973947 0001
Branch: AFP100
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 10046887-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

CREATED BY: Kkormann    Page 1 of 1

| PO#: 124449 | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 12/03/10 | SALES: RJohnson | | ORDER TYPE: Whse | | SHIP VIA: Cust. Truck | | FRT TERM: CPU |
| SHIP DATE: 12/03/10 | AGENTS: North North | | ORDERED BY: Tyson | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 1512 | 1512 | BF | SPR2696<br>2x6-96" Dry SPR Stud Grade | 1.512/MBF | 335.00/MBF | 506.52 |
| | | (UNIT) | 1/189 08' | | | 506.52 |
| 23058 | 23058 | BF | WSPF206<br>2x6 Dry SPF #2&Btr | 23.058/MBF | | |
| | | (UNIT) | 3/189 10' | 5.67/MBF | 365.00/MBF | 2069.55 |
| | | | 1/189 12' | 2.268/MBF | 405.00/MBF | 918.54 |
| | | | 2/189 14' | 5.292/MBF | 345.00/MBF | 1825.74 |
| | | | 2/189 16' | 6.048/MBF | 375.00/MBF | 2268.00 |
| | | | 1/189 20' | 3.78/MBF | 379.00/MBF | 1432.62 |
| | | | ****** SUB-TOTAL ****** | | | 9,020.97 |

Driver Copy

**TERMS:**
1% 30 days ADI/ADF Net 45 days  Due Date: 01/20/11
You may deduct $63.15 if paid by 01/05/11(ADF $2,706.29)

Balance    $9,020.97



**ATLANTIC FOREST**

Northeast Division
1-D Sculley Road
Ayer, MA 01432-
USA Phone: (978)-610-7000

Remit To: Atlantic Forest Products
P.O. Box 17070
Baltimore, MD 21297-1070
USA

Exhibit 1N

# INVOICE

**30007488-001**

Invoice Date: 12/16/10
Account#: 973947 0001
Branch: AFP306
Phone#: (302)-654-4448
Fax#: (302)-654-3150
Delivery#: 30007488-001

**BILL TO:**
William M. Young
19 Davidson lane
New Castle DE 19720

**SHIP TO:**
William M. Young-New Castle
19 Davidson Lane
New Castle DE 19720

PO#: 124501 REF#: CREATED BY: Rflorence Page 1 of 1
ORDER DATE: 12/14/10 SALES RJohnson ORDER TYPE: Whse JOB#:
SHIP DATE: 12/14/10 AGENTS North ORDERED BY: SHIP VIA: Flatbed FRT TERM: Delivered
North AUTH CHG:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 8 | 8 | UNIT | OSBSE58<br>48"X96" 5/8" SE OSB<br>8 UNIT (60 SH) | 15.36/MSF | 329.00/MSF | 5,053.44 |
| 5 | 5 | UNIT | OSBTG34<br>48"X96" 3/4" T&G OSB<br>5 UNIT (42 SH) | 6.72/MSF | 429.00/MSF | 2,882.88 |
|  |  |  | ****** SUB-TOTAL ****** |  |  | 7,936.32 |

**TERMS:**
1% 30 days ADI/ADF Net 45 days Due Date: 01/30/11
You may deduct $55.55 if paid by 01/15/11(ADF $2,380.90)

Balance | $7,936.32