| Exhibit # | P.O. # | Order Date | Ship Date | Inv. # | Inv. Date | Date Due | Amt. Due |
|---|---|---|---|---|---|---|---|
| 1-A | 123848 | 9/9/2010 | 9/14/2010 | 10043421-001 | 9/14/10 | 10/29/10 | $7,968.24 |
| 1-B | 123823 | 9/10/2010 | 9/15/2010 | 10043480-005 | 9/17/10 | 11/1/10 | $9,637.98 |
| 1-C | 123923 | 9/23/2010 | 9/23/2010 | 10044118-001 | 9/24/10 | 11/8/10 | $8,369.20 |
| 1-D | 124052 | 10/6/2010 | 10/7/2010 | 10044601-001 | 10/8/10 | 11/22/10 | $8,590.40 |
| 1-E | 124087 | 10/11/2010 | 10/13/2010 | 10044778-001 | 10/13/10 | 11/27/10 | $4,260.48 |
| 1-F | 1055652 | 10/18/2010 | 10/19/2010 | 10045057-001 | 10/20/10 | 12/4/10 | $1,694.56 |
| 1-G | 124130 | 10/19/2010 | 10/19/2010 | 10045083-001 | 10/20/10 | 12/4/10 | $1,244.70 |
| 1-H | 124130 | 10/19/2010 | 10/19/2010 | 10045084-001 | 10/20/10 | 12/4/10 | $8,056.58 |
| 1-I | 124237 | 11/3/2010 | 11/8/2010 | 10045737-001 | 11/8/10 | 12/23/10 | $8,349.60 |
| 1-J | 124327 | 11/17/2010 | 11/23/2010 | 10046373-001 | 11/24/10 | 1/8/11 | $9,041.42 |
| 1-K | 124420 | 12/1/2010 | 12/2/2010 | 10046798-001 | 12/3/10 | 1/17/11 | $9,216.87 |
| 1-L | 124448 | 12/3/2010 | 12/3/2010 | 10046884-001 | 12/6/10 | 1/20/11 | $9,866.25 |
| 1-M | 124449 | 12/3/2010 | 12/3/2010 | 10046887-001 | 12/6/10 | 1/20/11 | $9,020.97 |
| 1-N | 124501 | 12/14/2010 | 12/14/2010 | 30007488-001 | 12/16/10 | 1/30/11 | $7,936.32 |

**TOTAL DUE**                                                                                                      $103,253.57